ISIDORE FORMAN, Appellant, v. S. & L. BUILDING CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be

ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.